# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARY H. NECHODOM and
TIMOTHY NECHODOM,

        Plaintiffs,

  V.                                                          CASE NO. 05-C-562

AMERICAN NATIONAL RED CROSS, INC.,
ABC INSURANCE COMPANY, and
PAPER CONVERTING MACHINE COMPANY, INC.,

        Defendants.

## ORDER

        Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case. Accordingly,

        **IT IS ORDERED** that this matter be returned to the Clerk of Court for direct reassignment to the Green Bay Division.

        Dated at Milwaukee, Wisconsin, this 2nd day of September, 2005.

        **BY THE COURT:**

        s/ Rudolph T. Randa

        **Hon. Rudolph T. Randa**
        **Chief Judge**